**Matthew James GRIFFIN,
Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA; Gene M. Johnson, in his Official capacity as Deputy Director of the VDOC; Stan Young, individually and in his capacity as Warden of the Wallens Ridge State Prison; Mr. Counts, individually and in his official capacity as Sergeant of the Wallens Ridge State Prison; Mr. Hamilton, individually and in his official capacity as a Sergeant of the Wallens Ridge State Prison; Mr.**

**838**

Yates, individually and in his official capacity as a Major of the Wallens Ridge State Prison, Defendants–Appellees.

No. 03–6144.

United States Court of Appeals, Fourth Circuit.

Submitted June 26, 2003.

Decided July 9, 2003.

Matthew James Griffin, Appellant Pro Se. Philip Carlton Hollowell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Matthew James Griffin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially * on the reasoning of the district court. *See Griffin v. Virginia,* No. CA–02–930–7 (W.D.Va. Dec. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We affirm Griffin's challenges to the district court's dismissal of his claim that prison officials opened his incoming legal mail outside of his presence on the ground that the pris-

on's emergency mailroom procedure was reasonably related to legitimate penological interests. *See Turner v. Safley,* 482 U.S. 78, 79, 107 S.Ct. 2254, 96 L.Ed.2d 64 (1987).